AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Foote, Elizabeth E. | U.S. District Court Western District of Louisiana | 05/01/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

300 Fannin Street
Shreveport, LA 71101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Murray Street-law office building partnership |
| 2. | Board of Trustees Member | Louisiana State University/Paul M. Hebert Law Center |
| 3. | Power of Attorney | POA #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 04/01/10 | Termination of Partnership Agreement- The Smith Foote Law Firm |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | The Smith Foote Law Firm, pursuit to termination agreement | $317,836.00 |
| 2. | 2011 | Smith Segura & Raphael (formerly Smith Foote LLP), nonemployee compensation | $592.35 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Louisiana State Employees Retirement System- retired judge |
| 2. | 2011 | The Smith Foote Law Firm, share of partnership profits |
| 3. | 2011 | Smith Segura & Raphael (formerly Smith Foote LLP), share of partnership profits |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State Bar | 01/20/11-01/21/11 | New Orleans, LA | Committee Meetings | mileage, hotel, & parking |
| 2. | Louisiana State Bar | 03/24/11-03/26/11 | New Orleans, LA | Motion Practice CLE | mileage, hotel & parking |
| 3. | Louisiana State Bar | 05/06/11 | New Orleans, LA | LSBA's Superwomen's CLE | mileage & parking |
| 4. | Louisiana State University | 09/22/11-09/23/11 | Baton Rouge, LA | LSU Law School Seminar Litigation & Liability | mileage & hotel |
| 5. | Louisiana State Bar | 10/14/11 | New Orleans, LA | LSBA Seminar | mileage, hotel & parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | Red River Bank | Real Estate Loan- law firm building/co-maker/guarantor | L |
| 3. | US Treasury & LA Dept of Revenue | income tax liability- ESTIMATED | L |
| 4. | Mastercard | credit card | J |
| 5. | Red River Bank | note guarantor | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo- Roth IRA | | None | | | | | | | |
| 2. ----- Templeton World Fund | A | Int./Div. | K | T | | | | | |
| 3. ----- Van Kampen Capital Growth Fund | | None | | | Sold | 05/20/11 | K | A | |
| 4. ----- Washington Mutual Investment Fund | A | Int./Div. | J | T | | | | | |
| 5. Left Intentionally Blank | | None | | | | | | | |
| 6. Left Intentionally Blank | | None | | | | | | | |
| 7. Left Intentionally Blank | | None | | | | | | | |
| 8. Left Intentionally Blank | | None | | | | | | | |
| 9. Left Intentionally Blank | | None | | | | | | | |
| 10. Left Intentionally Blank | | None | | | | | | | |
| 11. Charles Schwab- IRA | | None | | | | | | | |
| 12. -----Schwab Money Market | A | Interest | J | T | Redeemed (part) | 12/27/11 | J | A | |
| 13. -----Pimco Total Return | A | Int./Div. | K | T | | | | | |
| 14. -----T Rowe Price Intl Bond | A | Int./Div. | J | T | Buy (add'l) | 11/07/11 | J | | |
| 15. -----Aston Montag & Caldwell Growth | B | Int./Div. | J | T | | | | | |
| 16. -----Calamos Growth Fund | | None | | | Sold | 11/07/11 | J | A | |
| 17. -----Columbia Value & Restructuring | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -----Harbor International | A | Int./Div. | J | T | | | | | |
| 19. -----ING Global Real Estate | A | Int./Div. | J | T | | | | | |
| 20. -----Keeley Small Cap Value | | None | J | T | | | | | |
| 21. -----Longleaf Partners Fund | A | Int./Div. | J | T | | | | | |
| 22. -----Mainstay ICAP Intl Fund | A | Int./Div. | J | T | Sold (part) | 04/18/11 | J | A | |
| 23. -----Selected American Shares | A | Int./Div. | J | T | | | | | |
| 24. -----T Rowe Price Emerging Markets Stk | A | Int./Div. | J | T | | | | | |
| 25. -----Westport Select Cap Fund | | None | J | T | | | | | |
| 26. Red River Bank Checking | A | Interest | K | T | | | | | |
| 27. Red River Bank Savings | A | Interest | J | T | | | | | |
| 28. ING Savings | C | Interest | N | T | | | | | |
| 29. Left Intentionally Blank | | None | | | | | | | |
| 30. Prudential-IRA | | None | | | | | | | |
| 31. -----AST T Rowe Price Large Cap | | | K | T | | | | | |
| 32. -----AST Goldman Sachs Concentrated Growth | | | K | T | | | | | |
| 33. -----AST Small Cap Value | | | K | T | | | | | |
| 34. -----AST Neuberger Berman/LSV Mid Cap Value | | | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -----AST International Growth | | | K | T | | | | | |
| 36. American Funds 529 Plan Account | B | Int./Div. | L | T | | | | | |
| 37. -----American Funds Money Market | | | | | | | | | |
| 38. -----Cash Management Trust of America | | | | | | | | | |
| 39. -----American Balanced Fund | | | | | | | | | |
| 40. Wells Fargo Roth IRA | | None | | | | | | | |
| 41. -----John Hancock Regional Bank | A | Int./Div. | J | T | | | | | |
| 42. -----Templeton World Fund | B | Int./Div. | L | T | | | | | |
| 43. -----Washington Mutual Invs Fund | A | Int./Div. | K | T | | | | | |
| 44. Left Intentionally Blank | | None | | | | | | | |
| 45. Left Intentionally Blank | | None | | | | | | | |
| 46. Left Intentionally Blank | | None | | | | | | | |
| 47. Left Intentionally Blank | | None | | | | | | | |
| 48. Left Intentionally Blank | | None | | | | | | | |
| 49. Left Intentionally Blank | | None | | | | | | | |
| 50. Left Intentionally Blank | | None | | | | | | | |
| 51. Left Intentionally Blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Chase Investment | | None | | | | | | | |
| 53. -----JP Morgan US Treas Plus MMKT | A | Dividend | J | T | | | | | |
| 54. -----JPMorgan Chase & Co Common | A | Dividend | K | T | | | | | |
| 55. -----AllianceBer Global Thematic Grth | A | Dividend | J | T | | | | | |
| 56. -----JPMorgan Intrepid Mid Cap | A | Dividend | J | T | | | | | |
| 57. -----JPMorgan Large Cap Grth | | None | K | T | | | | | |
| 58. Left Intentionally Blank | | None | | | | | | | |
| 59. ING Savings | B | Interest | N | T | | | | | |
| 60. OM Financial Life Ins Company | | None | N | T | | | | | |
| 61. Charles Schwab | | None | | | | | | | |
| 62. -----Cash Account | | None | J | T | | | | | |
| 63. -----PMC Core Fixed Income | A | Dividend | J | T | | | | | |
| 64. -----PMC Diversified Equity | A | Dividend | K | T | Sold (part) | 04/08/11 | J | A | |
| 65. Left Intentionally Blank | | None | | | | | | | |
| 66. Chase Investment-Invesco Global Small & Mid | A | Dividend | J | T | | | | | |
| 67. Genworth Financial Trust Co-GFAM ARO-100 Global 6 | D | Int./Div. | N | T | Sold (part) | 12/31/11 | M | E | |
| 68. Merit Oil-Royalty Interest-Rapides Parish, Louisiana | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. N/R- Smith, Segura & Raphael(formerly Smith Foote)operations | | None | N | U | | | | | |
| 70. _____ timber land- Rapides Parish, Louisiana | | None | N | W | | | | | |
| 71. 1/2 interest _____ land-Grant Parish, Louisiana | | None | J | W | | | | | |
| 72. 1/2 interest _____ - Rapides Parish, Louisiana | | None | J | W | | | | | |
| 73. 1/6 interest _____ Murray Street Company | B | Distribution | L | W | | | | | |
| 74. 1/3 interest _____ Murray Street Company (power of attorney) | E | Distribution | M | W | | | | | |
| 75. Chase Checking Account | | None | J | T | | | | | |
| 76. Cash Surrender Value- Metlife | | None | K | T | | | | | |
| 77. Red River Bank- Checking #2 | A | Interest | J | T | | | | | |
| 78. Red River Bank- CD #2 (4 cd's pledged) | | None | N | T | | | | | |
| 79. Left Intentionally Blank | | None | | | | | | | |
| 80. Left Intentionally Blank | | None | | | | | | | |
| 81. Left Intentionally Blank | | None | | | | | | | |
| 82. Left Intentionally Blank | | None | | | | | | | |
| 83. Charles Schwab IRA, line 11 -Credit Suisse Commodity | | None | J | T | | | | | |
| 84. Vanguard-Prime Money Mkt Fund | A | Int./Div. | L | T | | | | | |
| 85. JPMorgan Chase- Savings Acct | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. John Hancock-Law Firm 401K, Lifestyle Growth Fund | | None | L | T | | | | | |
| 87. John Hancock-Law Firm 401K, Lifestyle Balanced Fund | | None | N | T | | | | | |
| 88. Charles Schwab #2, Aston Montag & Caldwell | B | Distribution | J | T | Sold (part) | 11/07/11 | J | A | |
| 89. Charles Schwab #2, Calamos Growth Fund | | None | | | Sold | 11/07/11 | J | A | |
| 90. Charles Schwab #2, Columbia Value & Restruc | A | Dividend | J | T | | | | | |
| 91. Charles Schwab #2, Keeley Small Cap Value | | None | J | T | | | | | |
| 92. Charles Schwab #2, Mainstay ICAP Intl Fd | A | Dividend | K | T | | | | | |
| 93. Charles Schwab #2, Selected American Shares | A | Dividend | K | T | | | | | |
| 94. Charles Schwab #2, T Rowe Price Emerging | A | Dividend | J | T | | | | | |
| 95. Charles Schwab #2, T Rowe Price Intl | A | Dividend | J | T | Buy (add'l) | 11/07/11 | J | | |
| 96. Charles Schwab #2, Westport Select Cap Fund | A | Distribution | J | T | | | | | |
| 97. Charles Schwab #2, Credit Suisse Commodity | A | Distribution | J | T | | | | | |
| 98. Charles Schwab #2, Pimco Total Return Fund | B | Dividend | K | T | | | | | |
| 99. Charles Schwab #2, Harbor International | A | Dividend | K | T | Sold (part) | 04/18/11 | J | A | |
| 100. Charles Schwab #2, ING Global Real Estate | A | Dividend | J | T | | | | | |
| 101. Charles Schwab #2, Longleaf Partners Fund | A | Dividend | J | T | | | | | |
| 102. Charles Schwab #2, deposit cash account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ING Law Firm 401K, line 44, American Funds Fdmntl | | None | | | Distributed | 01/1/11 | K | | |
| 104. Left Intentionally Blank | | None | | | | | | | |
| 105. Wells Fargo- Roth IRA line 1: VanKampen Amern Fd Class A | | None | K | T | Buy | 05/20/11 | K | | |
| 106. Charles Schwab, line 11-Primecap Odyssey Growth | A | Int./Div. | J | T | Buy | 11/07/11 | J | | |
| 107. Charles Schwab #2, Primecap Odyssey Growth | A | Dividend | J | T | Buy | 11/07/11 | J | | |
| 108. Wells Fargo, Uniform Gift to Minor-Capital World Growth | A | Int./Div. | J | T | | | | | |
| 109. Wells Fargo, Uniform Gift to Minor-Wash Mutual Invs | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments & Trusts

Line 103: This account was transfered to John Hancock during 2010 and should have been shown as such as the 2010 report.

Line 66: The investment fund name was formerly "AIM Global Small & Mid Cap Growth". The fund is now called "Invesco Global Small & Mid".

Line 67: This account had various sale transactions during the year, entered the sales date of 12/31/2011 to cover all transactions.

Line 108: This account was inadvertently omitted from prior year reports.

Line 109: This account was inadvertently omitted from prior year reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth E. Foote**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544